AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DANA RACHLIN,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CITY OF NEW YORK, MAYOR OF THE CITY OF NEW YORK ERIC ADAMS, NYPD COMMISSIONER DERMOT SHEA, NYPD COMMISSIONER KEECHANT SEWELL, NYPD COMMISSIONER EDWARD CABAN, NYPD CHIEF OF DEPARTMENT JEFFREY MADDREY, NYPD COMMUNITY COORDINATOR BRIAN ADAMS, NYPD CHIEF OF PATROL JOHN CHELL, NYPD INSPECTOR CRAIG EDELMAN, NYPD DEPUTY DIRECTOR KAZ DAUGHTRY, and NYPD MEMBERS JOHN or JANE DOE # 1 – 5,<br><br>*Defendant(s)* | Civil Action No. 24-cv-2626 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Summons Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Maryanne K. Kaishian, Esq.
Kaishian & Mortazavi LLC
55 Washington Street, Suite 508
Brooklyn, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 04/08/2024



*Shirley Mora*
*Signature of Clerk or Deputy Clerk*

<u>Summons Rider</u>

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

THE CITY OF NEW YORK
100 Church Street, NY, NY 10004

MAYOR OF THE CITY OF NEW YORK ERIC ADAMS
100 Church Street, NY, NY 10004

NYPD COMMISSIONER DERMOT SHEA
1 Police Plaza, NY, NY 10038

NYPD COMMISSIONER KEECHANT SEWELL
1 Police Plaza, NY, NY 10038

NYPD COMMISSIONER EDWARD CABAN
1 Police Plaza, NY, NY 10038

NYPD CHIEF OF DEPARTMENT JEFFREY MADDREY
1 Police Plaza, NY, NY 10038

NYPD COMMUNITY COORDINATOR BRIAN ADAMS
1 Police Plaza, NY, NY 10038

NYPD CHIEF OF PATROL JOHN CHELL
1 Police Plaza, NY, NY 10038

NYPD INSPECTOR CRAIG EDELMAN
1 Police Plaza, NY, NY 10038
Attn: Gun Violence Suppression Division

NYPD DEPUTY DIRECTOR KAZ DAUGHTRY
1 Police Plaza, NY, NY 10038