Dear Commissioner Sewell,

We respectfully request your immediate attention to a very alarming and dangerous act of serious misconduct. It has come to the attention of residents of the 61 Precinct that there was a potential serious violation and act of misconduct by Capt. Derby St. Fort, The Commanding Officer of the 61st Precinct. This past event was shared with us by Police Officers from the 61, Officers who are stunned, concerned, and have lost all desire to work for the Captain. Here is the story.

On December 31, 2021 Police Officers were watching a social media platform and saw a young man they identified as ███ ███, a gang member, inside of bar called Club Midst on Coney Island Ave. At this time ███ ███ was streaming live holding a gun. When these Police Officers showed Captain St. Fort he instructed a Lieutenant and some officers to go to the club, BUT not to touch ███████. He told them to check the bar and spook the kids. When they arrived, they checked the club, and observed Mr. ███ in the club but did not touch him as ordered. They walked through the club and left. Later, the social media post disappeared. It is alleged that Capt. St Fort is friends with ████████ and called to warn them. Why would the Captain risk the lives of his Officers? Why would he leave a gun in our community? Why would he protect a gang member? Gun violence in our city is out of control! Many NYPD cops have been shot and killed this year. If this story is true, Capt. St. Fort should be disciplined and removed from his post.



It has been pointed out to us that Captain St Fort is part of an organization called We Build The Block. This organization helps kids out of gang violence. We believe there was a story on this recently in the Times and profiled on WPIX 11. He has 15 kids from Public Housing he talks to and gives them money in an effort to keep them away from violence. ███ ███ is one of his 15 kids. Mr. ███ is part of a gang whose members caused a shooting in Kings Plaza. It is the opinion of many Police Officers in 61 Precinct that Capt. St. Fort didn't want to tarnish his program and could protect Mr. ███ from being arrested with a gun. However, he couldn't hide the shooting in Kings Plaza by another one of his group's kids.

We decided to look closer at the "We Build the Block Program" and discovered it's run by a woman named Dana Rachlin. It appears on her social media she is from Staten Island and has inserted herself as an advocate of social justice issues within the African American community. However, from our research she appears to have disdain for the NYPD that is clearly demonstrated on her social media. She recently openly mocked a $600,000 basketball court built for Harlem children by the NYPD. Prior to Capt. St Fort's appointment at the 61st Precinct, we had never heard of Ms. Rachlin, nor had she expressed any interest in our community. Why is a person who hates NYPD policies involved in a partnership with an NYPD Captain? Why is she welcomed into our facilities? It's hard enough for our officers to work in a tough environment and yet they must interact in the sanctity of their Precinct with a person who despises them!

It has now come to our attention that Ms. Rachlin's hatred towards the NYPD stems from an incident that occurred in Fall 2018. After a fundraiser hosted by Ms. Rachlin on behalf of NYC Together, she admitted to an opioid and alcohol laced evening, and she accused a guest of a heinous crime. She said this alleged crime was committed by an African American man. Due to the work of your Detectives and the District Attorney's Office this crime was proven to be fabricated through inconsistent statements and video proof. Ms. Rachlin made a phone call to once again try to trap this innocent male but that failed. Ms. Rachlin was instructed to withdraw her complaint. To this day she denies that these events ever happened. We are told this is all documented in the NYPD reports. Ms. Rachlin was willing to send another innocent African American to jail for her own gain. What a disgrace! Lastly, her romantic involvement with Capt. St Fort is public knowledge. This relationship is clearly clouding his judgment, and it has become the motive for their anti-police policies.

It's remarkable that we have an African American Commanding Officer who is romantically involved with a fraudulent privileged white female Community Activist who hates the NYPD. An activist who is allowed access to our facilities, our officers, and children we are trying to help. Would anyone want their children around someone who takes opioids? A person who hates us and portrays our hard-working cops as oppressors of the

**EXHIBIT 1, Page 1 of 2**

African American community? YET, she had zero issues with trying to implicate an innocent African American male to raise her community "victim" status and take advantage of a Me-Too Movement. A movement that many women have suffered great pain for. How can we allow Capt. St Fort to continue to work with her? This is wrong! We need genuine people to help our city, not people who want to serve themselves on the backs of downtrodden communities.

Again, if this is true, the Captain is more concerned about his image and growth in the department, above the safety of his officers and the community. He should be removed immediately.

Capt. St Fort is focusing his program towards a very minuscule part of African American Community in the 61st Precinct. The community is primarily Caucasian, Asian, Russian, Irish, and Jewish. Is he putting his energy into them as well? It appears he is portraying that the very small African American population of young kids is the crime issue in our community. This alone has a racial component. Most of the crime in our community is being committed by Caucasian males who suffer from opioid abuse. Does he have a program built for them? Or is it they are privileged, and his efforts will not be rewarding for his career. Making these young males a platform for his progression is wrong. These kids might need help but don't portray them as the issue. His approach is noble towards them, but his motivation is insincere.

Commissioner Sewell thank you in advance for your prompt investigation into this matter by your Internal Affairs Unit.

Thank you on behalf of the hard-working Police Officers of the 61st Precinct and lifelong members of the community.






**EXHIBIT 1, Page 2 of 2**