# Beware of the Wolf in Sheep's Clothing: The Racist Branding Police Officers as Racist

| | |
|---|---|
| Name: | **Dana Rachlin** |
| Residence: | 23 Driggs Avenue #1, Brooklyn (Greenpoint), NY 11222 |
| Associated: | NYC Together, We Build the Block, Crew Count |
| Mission: | Rachlin is on a mission to brand the NYPD as engaging in a systematic racism of "over policing" in neighborhoods with minorities. Rachlin is lobbying to remove the 911 system from NYPD control and end the Gang Database. In Rachlin's own words: |

> "For decades, many New York neighborhoods have battled the same issues – gun violence, underresourced schools, food apartheid, lack of employment opportunities and more. Instead of strategically and intentionally investing in communities, the city of New York has invested huge amounts of money into over-policing and public safety approaches that are not working."

| | |
|---|---|
| Charm: | Rachlin looks for opportunities to pose with officers for photos. Rachlin also uses feminine charm to gain the trust of unsuspecting officers to advance her criminal activities. Rachlin coaches and lobbies for the protection of known gang members. |
| Criminality: | Rachlin seduces police officers to gain access to NYPD databases. As friends with officers like Capt. Derby St. Fort, Rachlin has gained access to the Gang Database and shared information with known gang members resulting in a surplus of avoidable crime. |

Rachlin falsely pressed charges that on October 23, 2018, a "black" man visiting from the State of Georgia engaged in sexual advances at the Wythe Hotel, at 80 Wythe Ave, Brooklyn, NY 11249. Det. Weber from Special Victims Unit investigated the claim and closed the case after surveillance footage of the hotel revealed that Rachlin was the one making unsolicited advances onto the innocent man, including stalking, groping and pushing herself onto the man. Given Rachlin's gamesmanship bullying the NYPD, the Special Victims Unit closed the case without any charges against Rachlin.

On January 10, 2021, a member of NYC Together, a known gang member, ███████, was neutralized at the Linden Houses while in possession of a loaded firearm and threatening the safety of others. Rachlin unduly influenced the Borough Commander to omit flagging the January 10 incident as "gang member" related. Rachlin then went on Twitter to accuse the NYPD of "state & racism" and mourning that "Today I received news that One [sic] of my students was murdered."