

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BELINA ANDERSON**
Phone: (212) 356-4367
Fax: (212) 356-2089
Email: beanders@law.nyc.gov

March 27, 2025

*By ECF*
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Rachlin v. City of New York, et al.* No. 24 CV 2626 (FB-LB)

Dear Judge Block:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. I, respectfully, write to inform the Court that the parties have fully brief Defendants' motion to dismiss according to their joint briefing schedule ordered by this Court. (ECF No. 37). In accordance with the schedule, Defendants are filing the following documents to the electronic docket:

1) Defendants' Memorandum in Support of Defendants' Motion to Dismiss;
2) Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss: and
3) Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss.

Respectfully,

Belina Anderson
Assistant Corporation Counsel

cc:      All counsel of record
          (by ECF)